**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LISA R. WILCOX,

    Plaintiff,

vs.                                        Case No. 8:14-cv-01681SCB

GREEN TREE SERVICING, LLC,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff LISA R. WILCOX and Defendant GREEN TREE SERVICING LLC, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed, with prejudice, with all rights of appeal waived and with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ W. John Gadd<br>W. John Gadd<br>Fla. Bar Number 463061<br>Bank of America Building<br>2727 Ulmerton Rd Ste 250<br>Clearwater, FL 33762<br>Tel – (727)524-6300<br>Email – wjg@mazgadd.com<br>*Counsel for Plaintiff* | /s/ Janelle A. Weber<br>Eric S. Adams<br>Fla. Bar No. 90476<br>eadams@shutts.com<br>Janelle A. Weber<br>Fla. Bar No. 017630<br>jweber@shutts.com<br>Ella A. Shenhav<br>Fla. Bar No. 81996<br>eshenhav@shutts.com<br>Shutts & Bowen LLP<br>4301 W. Boy Scout Blvd., Ste. 300<br>Tampa, FL 33607<br>Tel. – (813) 229-8900<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF, which will provide electronic notification to counsel for Plaintiff, W. John Gadd, Esq., on this 6th day of July, 2015.

/s/ Janelle A. Weber
Attorney